■ GHANSHYAM K. PATEL et al., Appellants, v EXXON CORPORATION, as Successor in Interest to ESSO STANDARD OIL COMPANY, HUMBLE OIL AND REFINING COMPANY and HUMBLE COMPANIES CHARITABLE TRUST, Respondent, et al., Defendants. (Appeal No. 1.) [727 NYS2d 368] —Appeal unanimously dismissed without costs (*see, Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985). (Appeal from Order of Supreme Court, Erie County, O'Donnell, J.—Summary Judgment.) Present—Green, J. P., Hayes, Wisner, Kehoe and Lawton, JJ.